UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

RICHARD UREÑA ARIAS,

        Defendant.

**ORDER**

19 Cr. 356 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ordered that the sentencing currently scheduled for **November 20, 2019**, will take place on **December 2, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The Court requires additional information in order to resolve the Defendant's request for a role in the offense adjustment. By November 27, 2019, the Government will submit a supplementary sentencing letter addressing the roles and relative culpability of Ureña Arias, Delarosa, and Martinez Lopez in the charged offense. The Government will address, <u>inter alia</u>, Defendant's arguments (<u>see</u> Def. Br. (Dkt. No. 47 at ECF 11)) and provide support for its assertion that the Defendant tested the drugs at issue "because he was the only one of the three defendants who knew how to conduct such a test." (Govt. Sent. Ltr. (Dkt. No. 48) at 7)

Dated: New York, New York
      November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge