UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

RICHARD UREÑA ARIAS,

            Defendant.

**ORDER**

19 Cr. 356 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ordered that the sentencing currently scheduled for **December 2, 2019**, will take place on **December 11, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge