UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

RICHARD UREÑA ARIAS,

Defendant.

**ORDER**

19 Cr. 356 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ordered that the Government will provide this Court with the following information by **Monday, December 9, 2019, at 5:00 p.m.**: (i) an explanation of how the drug quantities listed in the Government's August 13, 2019 Pimentel letter (namely, 6,266 grams of heroin and 1,852 grams of fentanyl) were calculated; (ii) the quantities of heroin and fentanyl recovered from the apartment in which the Defendant was found on April 2, 2019, the day of his arrest; (iii) the contents of the two one-kilogram packages found to bear Defendant's fingerprints; and (iv) copies of any laboratory tests involving the drugs recovered from the apartment in which the Defendant was found on April 2, 2019.

Dated: New York, New York
       December 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge