# Arnold & Porter

**Andrew Bauer**
+1 212.836.7669 Direct
Andrew.Bauer@arnoldporter.com

MEMO ENDORSED:

April 7, 2020

The application is granted. Andrew Bauer is relieved as CJA counsel, and Jesse Siegel is appointed as CJA counsel. Ada Añon and Jennifer Oh may continue to represent Defendant on a pro bono basis.

So Ordered:

*[signature]*

Dated: April 9, 2020

<u>VIA ECF</u>

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 100077

Re: <u>United States v. Richard Ureña Arias</u>, 19 Cr. 356 (PGG)

Dear Judge Gardephe:

As the Court knows, I represent Richard Ureña Arias in the above-captioned matter. I was appointed to represent Mr. Ureña on my CJA Duty Day in April 2019.

Yesterday, I resigned my position on the CJA Panel because I have chosen to leave Arnold & Porter to take a job as an in-house attorney at an investment firm. As such, I will no longer be able to represent my CJA clients, even on a pro bono basis. Therefore, I respectfully request that I be relieved as counsel for Richard Ureña Arias.

I also respectfully request that new CJA counsel be appointed. Although Mr. Ureña was sentenced in December 2019, he remains in the MDC awaiting his BOP designation. As the Court is undoubtedly aware, the conditions in the MDC are extremely dangerous as the institution struggles with the COVID-19 outbreak. Mr. Ureña deserves counsel who will continue to monitor whether a bail application, or a request for compassionate release, is appropriate. The CJA Panel is currently doing an excellent job sharing information among its members, which will allow Mr. Ureña's lawyer to take advantage of any progress the defense bar makes if and when other, similarly situated defendants are granted relief. My last day at the firm is Friday, April 17, but I will make myself available, both before and after that date, to brief Mr. Ureña's new lawyer.

Finally, I respectfully request that my associates, Ada Añon and Jennifer Oh, who have both filed a Notice of Appearance in this case, be granted leave to remain as counsel for Mr. Ureña. Ms. Añon and Ms. Oh are intimately familiar with the facts of the case, as well as the procedural history. Most importantly, Ms. Añon and Ms. Oh have forged an extremely strong bond with Mr. Ureña, as well as Mr. Ureña's family. In fact, Mr. Ureña's family continues to call Ms. Añon and Ms. Oh to discuss Mr. Ureña's living